417 A.2d 786

Commonwealth v. Shivers, Appellant.

Submitted September 15, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 787

Woodward et al. v. Rosenwald t/a Food-a-rama, Appellant.

Argued March 21, 1979. Jonathan Wheeler, for appellant; Edwin P. Smith, for appellee.

Before CERCONE, WATKINS and HOFFMAN, JJ.

Order affirmed.